1  **ZANDRA L. LOPEZ**
   California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: holly_sullivan@fd.org

5  Attorneys for Mr. Vasquez-Mendoza

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, ) CASE NO. 07MJ8927
12 |         Plaintiff,        )
13 | v.                                )
   |                                   ) **NOTICE OF APPEARANCE**
14 | JUAN CARLOS VASQUEZ-MENDOZA,      )
15 |         Defendant.       )
16 |                                   )

18         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
19 Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in
20 the above-captioned case.

21                                      Respectfully submitted,

23 Dated: November 19, 2007            /s/ ZANDRA L. LOPEZ
                                        Federal Defenders of San Diego, Inc.
24                                      Attorneys for Defendant
                                        Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 19, 2007       /s/ ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Zandra_Lopez@fd.org (email)