# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
              Plaintiff  )
                      )
                      )
      vs.  )
                      )
Jose Heredia Guzman  )
              Defendant(s)  )
                      )

CRIMINAL NO. _07MJ 8927_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Nicanora Moreno Koh

DATED: ___11/27/07___

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082