07 DEC 12 PM 4:49

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07 CR 3353 JM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., 371 - Conspiracy; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| JOSE HEREDIA-GUZMAN (1), ) JUAN CARLOS VASQUEZ-MENDOZA (2), ) RAMON GALLARDO-SAMANO (3), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 13, 2007, within the Southern District of California, and elsewhere, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA and RAMON GALLARDO-SAMANO, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to bring illegal aliens into the

WDK:fer:Imperial
12/12/07

United States for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1. On or about November 13, 2007, near Calexico, California, defendant RAMON GALLARDO-SAMANO drove a green Ford Crown Victoria as a scout vehicle as defendant JUAN CARLOS VASQUEZ-MENDOZA guided aliens unlawfully in the United States, including material witnesses Martin Sanchez-Campos, Juan Ramon Yupit-Chac and Nicanora Moreno-Koh, from the Republic of Mexico into the United States.

2. On or about November 13, 2007, near Calexico, California, defendant JUAN CARLOS VASQUEZ-MENDOZA loaded eight aliens unlawfully in the United States, including material witnesses Martin Sanchez-Campos, Juan Ramon Yupit-Chac and Nicanora Moreno-Koh, into a white Ford Aerostar van driven by defendant JOSE HEREDIA-GUZMAN.

3. On or about November 13, 2007, near Calexico, California, defendant JOSE HEREDIA-GUZMAN drove the white Ford Aerostar van containing eight aliens unlawfully in the United States, including defendant JUAN CARLOS VASQUEZ-MENDOZA and material witnesses Martin Sanchez-Campos, Juan Ramon Yupit-Chac and Nicanora Moreno-Koh, and failed to yield to United States Border Patrol Agents when the agents turned on their emergency light and siren.

4.  On or about November 13, 2007, near Calexico, California, defendant RAMON GALLARDO-SAMANO used a cell phone in the green Ford Crown Victoria to call defendant JOSE HEREDIA-GUZMAN while defendant JOSE HEREDIA-GUZMAN was looking for and loading defendant RAMON GALLARDO-SAMANO and the eight aliens unlawfully in the United States, including material witnesses Martin Sanchez-Campos, Juan Ramon Yupit-Chac and Nicanora Moreno-Koh.

All in violation of Title 18, United States Code, Section 371.

## Count 2

On or about November 13, 2007, within the Southern District of California, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA and RAMON GALLARDO-SAMANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Sanchez-Campos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 3

On or about November 13, 2007, within the Southern District of California, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA and RAMON GALLARDO-SAMANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Sanchez-Campos, had come to, entered and remained in the United States in violation

of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 4

On or about November 13, 2007, within the Southern District of California, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA and RAMON GALLARDO-SAMANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Ramon Yupit-Chac, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 5

On or about November 13, 2007, within the Southern District of California, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA and RAMON GALLARDO-SAMANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Ramon Yupit-Chac, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 6

On or about November 13, 2007, within the Southern District of California, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-

MENDOZA and RAMON GALLARDO-SAMANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nicanora Moreno-Koh, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 7

On or about November 13, 2007, within the Southern District of California, defendants JOSE HEREDIA-GUZMAN, JUAN CARLOS VASQUEZ-MENDOZA and RAMON GALLARDO-SAMANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nicanora Moreno-Koh, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: December 12, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney

5