1  WAYNE C. MAYER (62031)
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   Fax (619) 281-2963
4
   Attorney for Material Witness: MARTIN SANCHEZ CAMPOS
5

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      ) Case No.: 07 CR 3353 JM
                                    )
13 |          Plaintiff,             ) NOTICE OF MOTION AND MOTION FOR
                                    ) VIDEOTAPE DEPOSITION AND REQUEST
14 |     vs.                         ) FOR STATEMENT OF REASONS IN
                                    ) SUPPORT OF CUSTODY
15 | JOSE HEREDIA-GUZMAN, JUAN CARLOS)
     VASQUEZ-MENDOZA, RAMON          ) DATE: January 15, 2008
16 | GALLARDO-SAMANO,                ) TIME:  9:30 a.m.
                                    ) DEPT:  Magistrate Stormes
17 |          Defendants.

19      PLEASE TAKE NOTICE that on September 15, 2008 at 9:30 a.m. or as soon thereafter

20 as counsel may be heard, material witness MARTIN SANCHEZ CAMPOS (hereafter "Material

21 Witness") by and through his counsel, Wayne C. Mayer will bring a motion for a court order to

22 take the Material Witness' videotaped deposition.

23                                  **MOTION**

24      Material Witness, pursuant to Federal Rules of Criminal Procedure, Rule 15, and Title 18

25 U.S.C. sec. 3144, hereby moves this court for an order to take his deposition by videotape and

release him at the conclusion of the deposition.  If the Court denies this motion, then Material

                                    1                              07 CR 3353 JM

1 Witness further requests the United States Attorney's office provide the witness with a Statement
2 of Reasons in Support of Custody in accordance with Federal Rules of Criminal Procedure, Rule
3 46(g).
4    This motion is based upon this Notice of Motion and Motion for Videotaped Deposition
5 and Request for Statement of Reasons in Support of Custody, Points and Authorities in Support
6 Martin Sanchez Campos' Motion for Video Taped Deposition, Declaration of Martin Sanchez
7 Campos, Declaration of Wayne C. Mayer, the files and records in the above entitled cause, and
8 any and all other information brought to the Court's attention prior to or during the hearing on
9 this motion.
10 
11 Dated: <u>December 21, 2007</u>_____    Respectfully submitted,

              s/ Wayne C. Mayer
              Wayne C. Mayer
              Attorney for Material Witness
              MARTIN SANCHEZ CAMPOS