1  WAYNE C. MAYER (62031)
   Law Offices of Wayne C. Mayer
2  4619 Van Dyke Avenue
   San Diego, CA 92116
3  (619) 281-9263
   fax (619) 281-2963
4

5  Attorney for Material Witness: MARTIN SANCHEZ CAMPOS

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10

11

   | UNITED STATES OF AMERICA, | ) | Case No.: 07 CR 3353 JM |
12 | | ) | |
   | Plaintiff, | ) | DECLARATION OF MARTIN SANCHEZ |
13 | | ) | CAMPOS IN SUPPORT OF MATERIAL |
   | vs. | ) | WITNESS' MOTION FOR VIDEO TAPED |
14 | | ) | DEPOSITION |
   | JOSE HEREDIA-GUZMAN, JUAN CARLOS | ) | |
15 | VASQUEZ-MENDOZA, RAMON | ) | DATE: January 15, 2008 |
   | GALLARDO-SAMANO, | ) | TIME: 9:30 a.m. |
16 | | ) | DEPT: Magistrate Stormes |
   | Defendant(s). | | |
17

18

19    I, MARTIN SANCHEZ CAMPOS, declare:

20   1. I am a material witness in the above referenced in the Prosecution of defendants in the

21      above referenced matter;

22   2. I have made a diligent effort to locate surety for myself but have been unsuccessful;

23   3. I have no one who can be of assistance as surety for me;

24   4. I am a citizen and resident of the State of Mexico and need to return to Mexico to support

25      my family who rely on me for their support;

                                    -1-                                07 CR 3353 JM

5. I came to the United States in search of employment in order to support my family that remained behind in Mexico and I need to work to support my family;

I make this declaration under penalty of perjury and the laws of the United States of America and California.

Dated: December 21, 2007              s/ Martin Sanchez Campos
                                                                  Martin Sanchez Campos
                                                                  Material Witness