**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. Juan Carlos Vasquez-Mendoza**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3353-JM |
| Plaintiff, ) | |
| v. ) | |
| ) | PROOF OF SERVICE |
| **JUAN VASQUEZ-MENDOZA (2)**, ) | |
| Defendant. ) | |
| ) | _____ |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Luella Caldito, Assistant United States Attorney
    luella.caldito@usdoj.gov efile.dkt.gc2@usdoj.gov

    Respectfully submitted,

    /s/    Zandra L. Lopez

Dated: December 22, 2007    **ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com