KAREN P. HEWITT
United States Attorney
LUELLA M. CALDITO
Assistant U.S. Attorney
California State Bar No. 215953
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7035
Luella.Caldito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> JOSE HEREDIA-GUZMAN (1), ) <br> JUAN VASQUEZ-MENDOZA (2), ) <br> RAMON GALLARDO-SAMANO (3), ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | CRIM. CASE NO.   07CR3353-JM <br><br> DATE:   January 4, 2008 <br> TIME:    11:00 a.m. <br><br> Before Honorable Jeffrey T. Miller <br><br> GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY |

<u>NOTICE OF MOTION</u>

TO:   Frank A. Balistrieri, Counsel for Defendant Jose Heredia-Guzman;
        Zandra Lopez, Counsel for Defendant Juan Vasquez-Mendoza; and
        Joseph Milchen, Counsel for Defendant Ramon Gallardo-Samano.

PLEASE TAKE NOTICE that on Friday, January 4, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and LUELLA M. CALDITO, Assistant United States Attorney, and hereby moves the court for an order granting the Government's motion for reciprocal discovery.

DATED:     December 29, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3353-JM |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| JOSE HEREDIA-GUZMAN (1), JUAN VASQUEZ-MENDOZA (2), RAMON GALLARDO-SAMANO (3), | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S NOTICE AND MOTION FOR RECIPROCAL DISCOVERY
 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Frank A. Balistrieri, Counsel for Defendant Jose Heredia-Guzman;**
**Zandra Lopez, Counsel for Defendant Juan Vasquez-Mendoza;**
**Joseph Milchen, Counsel for Defendant Ramon Gallardo-Samano**; and
**Wayne Mayer, Counsel for the Material Witnesses**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 29, 2007.

s/ Luella M. Calderito

LUELLA M. CALDITO